IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA BUITRAGO, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 2:22-CV-1740 |
| PALISADES PROPERTY AND CASUALTY INSURANCE COMPANY d/b/a PLYMOUTH ROCK ASSURANCE, | ) ) ) ) ) |
| Defendant. | ) ) |

**PETITION FOR REMOVAL OF CIVIL ACTION**

AND NOW, comes Defendant PALISADES PROPERTY AND CASUALTY INSURANCE COMPANY, by and through its counsel, MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN and PATRICIA A. MONAHAN, ESQUIRE, and files the within Petition for Removal of Civil Action from the Court of Common Pleas of Allegheny County, Pennsylvania, to the United States District Court for the Western District of Pennsylvania, representing as follows:

1. Plaintiff commenced this action on or about November 14, 2022 by filing a Complaint in the Court of Common Pleas of Allegheny County, Pennsylvania, at Docket No. GD-22-012285. (A true and correct copy of the Complaint is attached hereto and marked as Exhibit A).

2. Plaintiff, Jessica Buitrago alleges that she resides at 3310 Longbow Drive, Pittsburgh, Allegheny County, Pennsylvania 15235. (See Ex. A, ¶1). Therefore, upon information and belief, Plaintiff is a citizen of the Commonwealth of Pennsylvania.

3. Palisades Property and Casualty Insurance Company is a New Jersey corporation with its principal place of business at 581 Main Street, Woodbridge, New Jersey 07095. (See Ex. A, ¶2).

4. In her Complaint, Plaintiff alleges claims against Defendant for breach of contract, bad faith and violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Law. (Ex. A).

5. Based upon the allegations of Plaintiff's Complaint, including Plaintiff's claims for punitive damages, it appears that the amount in controversy in this action is in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of costs and interest.

6. This Honorable Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. §1332 because diversity of citizenship exits between the parties and the amount in controversy exceeds $75,000.00.

7. The present lawsuit is removable from state court to this Honorable Court by Notice pursuant to 28 U.S.C. §§1441 and 1446.

8. This Petition for Removal is timely under 28 U.S.C. § 1446(b).

9. A true and correct copy of the Court of Common Pleas of Allegheny County's docket is attached hereto and marked as Exhibit B.

10. Written notice of the filing of this Petition for Removal has been given to the adverse party in accordance with 28 U.S.C. §1446(d) and as noted in the attached Certificate of Service.

11. Immediately following the filing of this Petition for Removal, Defendant has filed a copy of a Notice of Filing of Petition for Removal with the Prothonotary of the Court of Common Pleas of Allegheny County, Pennsylvania where the state court action was pending as required by

28 U.S.C. 1446(d). (A true and correct copy of Defendant's Notice of Filing of Petition for Removal is attached hereto and marked as Exhibit C).

WHEREFORE, Defendant Palisades Property and Casualty Insurance Company respectfully requests the removal of this action from the Court of Common Pleas of Allegheny County, Pennsylvania to the United States District Court for the Western District of Pennsylvania.

Respectfully submitted,

**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**

By: *s/ Patricia A. Monahan*
   Patricia A. Monahan, Esquire
   Pa. I.D. No. 58784
   pamonahan@mdwcg.com
   Union Trust Building
   501 Grant Street, Suite 700
   Pittsburgh, PA  15219
   (412) 803-1151 / (412) 803-1188 FAX

   Counsel for Defendant PALISADES
   PROPERTY AND CASUALTY INSURANCE
   COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within Petition for Removal was served this 7th day of December, 2022 via electronic and/or First Class Mail upon the following:

David M. Kobylinski, Esquire
dkobylinski@prlawgroup.com
Peter T. Kobylinski, Esquire
pete@koby.law
PRAETORIAN LAW GROUP, LLC
515 Court Place, Ste 4
Pittsburgh, PA  15219
*Counsel for Plaintiff*

**MARSHALL DENNEHEY
WARNER COLEMAN & GOGGIN**

*s/ Patricia A. Monahan*
Patricia A. Monahan, Esquire
Counsel for Defendant PALISADES PROPERTY
AND CASUALTY INSURANCE COMPANY